

FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 18 - mJ - 315 |
| v. | |
| Brent Taylor Leslie | ORDER OF TEMPORARY DETENTION |
| | PENDING HEARING PURSUANT |
| DEFENDANT(S). | TO BAIL REFORM ACT |

Upon motion of ___defendant.___ , IT IS ORDERED that a detention hearing
is set for ___3/2/18___ , _____ , at ___11:00___ ☒a.m. / ☐p.m. before the
Honorable ___Chooljian___ , in Courtroom ___341 - Royal___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
        *(Other custodial officer)*

Dated: ___2/28/18___        _____
                            U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                          Page 1 of 1